UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | : | Case No.: 21MC102(AKH) |
| | : | (all actions identified in the table attached hereto) |
| | : | |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION | : | **CERTIFICATION OF SERVICE** |
| | : | **OPPOSITION OF DEFENDANTS DEUTSCHE** |
| | : | **BANK TRUST CORPORATION, DEUTSCHE BANK TRUST** |
| | : | **COMPANY AMERICAS, AND DB PRIVATE CLIENTS** |
| | : | **CORPORATION TO MOTION TO TRANSFER AND/OR STAY** |
| | : | **OF DEFENDANTS TULLY CONSTRUCTION CO. INC.** |
| | : | **AND TULLY INDUSTRIES, INC.** |
| | : | |

The undersigned certifies that on November 26, 2007, I caused the following documents submitted on behalf of Defendants Deutsche Bank Trust Corporation, Deutsche Bank Trust Corporation, Deutsche Bank Trust Company Americas, and DB Private Clients Corporation in opposition to motion to transfer and/or stay of defendants Tully Construction Co. Inc. and Tully Industries, Inc. to be electronically filed and served via the Court's ECF system in the matters set forth in the attached table:

      1.    Memorandum of law; and

      2.    Certification of Marc D. Crowley.

The undersigned further certifies that on November 26, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

      Christopher R. LoPalo, Esq.
      Worby, Groner, Edelman, Napoli & Bern, LLP
      115 Broadway
      12th Floor
      New York, NY 10006

1583536A01112607

Gregory J. Cannata, Esq.
Law Office of Gregory J. Cannata
233 Broadway
New York, NY 10279
222 Broadway, LLC

James E. Tyrrell, Jr., Esq.
Patton Boggs, LLP
One Riverfront Plaza
Newark, NJ  07102

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: November 26, 2007

JOHN D. COYLE