UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>(all actions identified in the Table previously submitted with the Notice of Motion filed November 9, 2007).<br><br>**SUPPLEMENTAL CERTIFICATION OF JOSEPH E. HOPKINS** |

I, JOSEPH E. HOPKINS, of full age, hereby certify as follows:

1. I am a member of the Bar of the State of New Jersey and am a partner in the firm Patton Boggs LLP. I am admitted *pro hac vice* in the World Trade Center matters known as Consolidated Master Docket Numbers 21 MC 100 and 21 MC 102, pending before this Court.

2. I represent Defendants Tully Construction Co. Inc. and Tully Industries, Inc. (collectively "Tully") in the above captioned matters consolidated under *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH) ("*WTC Disaster Litigation*").

3. I submit this certification in further support of Tully's Motion to Transfer and have personal knowledge of the facts stated herein.

4. Tully has been named as a defendant by various plaintiffs in 21 MC 102 and now seeks to have those actions transferred to the 21 MC 100 docket or, in the alternative, to the 21 MC 103 docket.

50151

5. Attached as Exhibit A is a true and accurate copy of a Check-Off Complaint brought in 21 MC 102 that is captioned *Rodriguez v. A. Russo Wrecking, et al.*, Index No. 07-cv-5062 (AKH).

6. Attached as Exhibit B is a true and accurate copy of a Check-Off Complaint brought in 21 MC 102 that is captioned *Agudelo v. 100 Church Street, LLC*, Index No. 07-cv-4446 (AKH).

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         */s/ Joseph E. Hopkins*
                                                         JOSEPH E. HOPKINS
                                                         Of PATTON BOGGS LLP

Dated: December 6, 2007

50151